TOTAL TIME: ___ hours **40** minutes  
HONORABLE **Janet C Hall**  
DEPUTY CLERK **S. Dokubeis**  
RPTR/ERO/TAPE **T. Tedonge**

DATE **10/31/08** START TIME **2:00 PM** END TIME **2:40**  
LUNCH RECESS FROM ___ TO ___  
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Carpenteri**  
vs.  
**Marini**

CIVIL NO. **05 CV 766**

**Andy Corea**  
Plaintiffs Counsel  
☐ SEE ATTACHED CALENDAR FOR COUNSEL  
**Corrie Hanlon**  
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing  
☐ Evidentiary Hearing  
☐ Miscellaneous Hearing  
☐ Show Cause Hearing  
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

☑ #55 Motion **for Settlement Enforcement** — ☐ granted ☑ denied **as moot** ☐ advisement  
☑ #59 Motion **for Costs & Fees** — ☑ granted **in part** ☐ denied ☐ advisement  
☐ # ___ Motion ___  
(remaining motion lines blank)

Oral Motion ___ (blank entries)

☐ Brief(s) due ___ ☐ Proposed Findings due ___ Response due ___

___ Hearing continued until ___ at ___